# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JACQUELINE REYNOLDS,** as the Personal Representative of the
**ESTATE OF DEBBIE REYNOLDS-JONES,**
Appellant,

v.

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D22-578

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE19-025085.

Pierre A. Louis and Alibia N. White of Louis Law Group, PLLC, Miami, for appellant.

Steven J. Chackman of Bernstein, Chackman, Liss, Hollywood, and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***